No. 183. REMINGTON RAND, INC. *v.* ROYAL TYPEWRITER CO., INC. C. A. 2d Cir. Certiorari denied. *Edwin T. Bean, Henry R. Ashton, Francis J. McNamara*

826

and *Conrad Christel* for petitioner. *William H. Davis* and *George E. Faithfull* for respondent. ▮

